# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAILESHKUMAR B PATEL,<br><br>**Plaintiff,**<br><br>vs.<br><br>**DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**<br><br>**Defendant.** | 8:25CV267<br><br>**AMENDED SCHEDULING ORDER** |

This matter comes before the Court on the Defendant's Motion to Extend Scheduling Order Due to the Lapse in Appropriations (Filing No. 24).  After review of the motion, the Court finds good cause to grant the requested extensions.  Accordingly,

**IT IS ORDERED** that the Defendant's Motion to Extend Scheduling Order Due to the Lapse in Appropriations (Filing No. 24) is granted, and the scheduling order is amended as follows:

1) Defendant shall file an answer to the complaint on or before **December 1, 2025**.

2) The parties shall review the Nebraska magistrate judges' practices posted at the court's Civil Case Management website page.[1]

3) Counsel for the parties shall confer and, on or before **December 17, 2025**, they shall jointly file a Rule 26(f) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms.[2]  Unless the parties agree otherwise, Plaintiff shall prepare the initial draft of the Report and then forward it to Defendant for further additions or revisions.

4) On or before **December 10, 2025**, a party shall contact the chambers of the undersigned magistrate judge to set a conference call if:

---

[1](https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management).

[2] See https://www.ned.uscourts.gov/forms. The parties are hereby notified or reminded that the Rule 26(f) Report for civil cases pending in the District of Nebraska has been substantially modified, with an effective date of June 11, 2020.  **DO NOT** use prior versions of this report.

Defendant notes he "anticipates filing a Motion for Clarification of the Scheduling Order as this case, brought under the Administrative Procedures Act ("APA"), 5 U.S.C. §§ 701-706, appears to be exempt from Rule 26(f) and discovery requirements applicable to ordinary civil litigation."  (Filing No. 24).  However, the Court's form as linked above provides for other important information for the case and addresses Defendant's concern.  Specifically, section III of the Court's Rule 26(f) form for "Method of Resolution" contains a section to select "Administrative record review" without discovery.  Defense counsel is instructed to review the Court's form prior to filing any motion.

      a.      One or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report; or

      b.      The parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report; or

      c.      The parties are currently and actively pursuing settlement and believe preparing and filing a Rule 26(f) Report may be unnecessary.

5)    Mandatory disclosures shall be served on or before **December 10, 2025**.

Dated this 17th day of October, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge